UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

F I L E D

Apr 04 2023

Arthur Johnston, Clerk

Civil No.: 2:23-cv-00054-HSO-BWR

DOB:
SSN:
Cause Number:

Quandom Benn

Vs

State of Mississippi

Habeas Corpus: Due Process, Statute of Limitations

I believe my due process was violated when I was sentenced on Feb. 17, 2023 after being out on bond for 5 years and 8 months. The time limitation should have been 3 years to correspond with bond expiration. By Due Process of Habeas Corpus, my time should be over. I would like to get back into the courts and appeal on grounds of limitations and statutes.

Even if I am wrong about the time limitation, I believe the extra almost 3 years past bond expiration should have been considered for sentencing. I have records of bond ~~~~~~~~ sign-ins dated well past the first 3 years.

Also, please note that the charge against me was changed a few days before sentencing. I was not made aware of the sentencing guidelines or limitations for the new charge.

Please review my case and let me know of any possible actions that may affect sentencing or eligibility for appeal.

Sincerely,

Quandom Benn